Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BAIN,<br><br>Plaintiff,<br><br>vs.<br><br>FILM INDEPENDENT, INC., *et al.*,<br><br>Defendants. | Case No.: 2:18-cv-04126-PA(JEMx)<br>*Hon. Percy Anderson Presiding*<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT JESSICA HAID'S MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**[[PROPOSED] ORDER & SURREPLY Filed Concurrently Herewith]**<br><br>Date: October 15, 2018<br>Time: 10:00 a.m.<br>Courtroom: 9A 1st Street Courthouse |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT: Plaintiff Robin Bain ("Bain") seeks an order granting leave to file a surreply in opposition to Defendant Jessica Cesaro, also known as Jessica Haid ("Haid")'s, motion to compel arbitration (Dkt. No. 33; the "Motion"). A surreply is appropriate here because, as stated in the attached memorandum of points and authorities, Haid introduced new arguments in her reply in support of the Motion, and Defendant LA Media Works filed crossclaims against Haid (Dkt. No. 38) after Bain filed her opposition to the Motion that may bear on this Court's ultimate determination of the Motion.

On October 3, 2018, counsel for Bain contacted counsel for Haid, John Baldivia, via telephone at (310) 274-9191, gave notice of this application pursuant to L.R. 7-19, and asked if Haid would stipulate to the relief sought herein. Mr. Balidivia later confirmed that Haid would oppose the application.

Respectfully submitted,

Dated: October 4, 2018        By:    /s/ *Justin M. Gomes*
                                     Scott Alan Burroughs, Esq.
                                     Justin M. Gomes, Esq.
                                     DONIGER / BURROUGHS
                                     Attorneys for Plaintiff

- 1 –
APPLICATION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO COMPEL ARBITRATION

## MEMORANDUM OF POINTS AND AUTHORITIES

In her reply in support of the motion to compel arbitration, Haid made at least two distinct legal arguments concerning equitable estoppel that she had not raised in the initial motion. Haid argues for the first time in her reply that Nowhereland Movie, LLC should be treated as an alter ego of Bain, and that Bain should be deemed a joint employer under *Martinez v. Combs*, 49 Cal.4th 35 (2010) as modified (June 9, 2010). These arguments should not be weighed by the Court because "[i]ssues raised for the first time in the reply brief are waived." *Bazuaye v. INS*, 79 F.3d 118, 120 (9th Cir. 1996). Indeed, it "is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers." *United States ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000).

Because Haid failed to raise these arguments prior to her reply, Bain was unable to address them in her opposition to the Motion. Bain has not and cannot demonstrate that Nowhereland Movie, LLC is a mere alter ego of Bain's, nor that Bain is a joint employer of Haid's under any applicable legal authority. Bain requests that the Court disregard these new arguments or allow her to file a brief surreply to address same, as well as the newly filed crossclaims of LA Media Works to the extent those claims might impact the Court's determination on the Motion.

Bain requests that this application be granted, and the surreply attached hereto be deemed filed.

Respectfully submitted,

Dated: October 4, 2018   By:   /s/ *Justin M. Gomes*
Scott Alan Burroughs, Esq.
Justin M. Gomes, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff