EXHIBIT 5

Payment for the Film from the Nowhereland Movie LLC

9/5/2015                                         Wells Fargo View Check Copy

**WELLS FARGO**

Wells Fargo Business Online®

---

### View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1050 | 12/08/14 | $1,700.00 | GOLD BUSINESS SERVICES PACKAGE XXXXXX1684 |

NOWHERELAND MOVIE LLC

PAY TO THE ORDER OF  Jessica Cassero — $ 1,700.00

One thousand seven hundred 00/100 — DOLLARS

FOR  Nowhereland FULL

#00000001050# #122000247# 50286516846#

---

🏠 Equal Housing Lender

© 1995 - 2015 Wells Fargo. All rights reserved.

8