1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN BAIN,<br><br>Plaintiff,<br><br>vs.<br><br>FILM INDEPENDENT, INC., *et al.*,<br><br>Defendants. | Case No.: 2:18-cv-04126-PA(JEMx)<br><u>Hon. Percy Anderson Presiding</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT JESSICA HAID'S MOTION TO COMPEL ARBITRATION**<br><br>Date: October 15, 2018<br>Time: 10:00 a.m.<br>Courtroom: 9A 1st Street Courthouse |

[PROPOSED] ORDER:

Having considered Plaintiff Robin Bain's Application for Leave to File a Surreply to Defendant Jessica Haid's Motion to Compel Arbitration and for good cause appearing, the following is hereby ordered:

1. The surreply attached to the application is deemed filed; and
2. The Court will consider the arguments and evidence submitted in connection with the surreply.

<u>SO ORDERED.</u>

Dated: _____     By: _____
                                             HONORABLE PERCY ANDERSON
                                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO FILE A SURREPLY