David Albert Pierce, Esq. SBN 162396
david@piercellp.com
John R. Baldivia, Esq. SBN 313699
john@piercellp.com
**PIERCE LAW GROUP LLP**
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212-3415
Telephone (310) 274-9191
Facsimile (310) 274-9151

Attorneys for Defendant and Counter-Claimant JESSICA CESARO, professionally known as "JESSICA HAID"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BAIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>FILM INDEPENDENT, INC., a California Corporation, doing business as the "LA Film Festival"; LA MEDIA WORKS, CORP. a business entity of unknown form; JESSICA HAID a.k.a. "Jessica Cesaro", an Individual; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-04126-PA(JEMx)<br><br>**DEFENDANT / COUNTER-CLAIMANT JESSICA HAID'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION**<br><br>[*Memorandum of Points and Authorities, Declaration of Jessica Haid, Declaration of Marc D'Amour, Declaration of John R. Baldivia, Separate Statement of Uncontroverted Facts and Conclusions of Law, and Proposed Order filed concurrently herewith*] |
| JESSICA CESARO professionally known as "JESSICA HAID," an Individual,<br><br>Counter-Claimant,<br><br>v.<br><br>ROBIN BAIN, an Individual; and DOES 11-20,<br><br>Counterclaim-Defendants. | DATE:  August 10, 2020<br>TIME:  1:30 p.m.<br>JUDGE:  Percy Anderson<br>COURTROOM: 9A<br><br>COMPLAINT FILED:<br>    May 16, 2018<br>FINAL PRETRIAL CONFERENCE:<br>    October 8, 2020<br>TRIAL DATE:<br>    October 13, 2020 |

**DEFENDANT / COUNTER-CLAIMANT JESSICA HAID'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION**

-i-

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on August 10, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Percy Anderson, located at 350 West First Street, Los Angeles, CA 90012, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 56-1 through 56-3 of this Court, Defendant / Counter-Claimant JESSICA CESARO, professionally known as JESSICA HAID ("Haid") respectfully submits this Motion for Summary Judgment and/or Adjudication as to Plaintiff ROBIN BAIN's ("Bain") Complaint.

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested on the following grounds:

1. Bain's claims for Copyright Infringement, Vicarious and/or Contributory Copyright Infringement, and Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1202) must fail because the allegedly infringing works are protected by fair use;

2. Bain's claim for Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1202) must fail because Bain cannot prove that Haid possessed the requisite mental state under the law.

Pursuant to Local Rule 7-3, on July 2, 2020 counsel for Haid, John R. Baldivia, spoke to Justin M. Gomes, counsel for Bain, to meet and confer regarding the arguments in this motion. Declaration of John R. Baldivia ("Baldivia Decl.") at ¶ 5. The parties have not been able to resolve the issues informally. *Id.*

This Motion is based on the Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Jessica Haid, Declaration of Marc D'Amour, Declaration of John R. Baldivia, Esq., the pleadings and papers filed in this action, and such further argument and matters as may be offered at the time of the hearing of this Motion.

| | | |
|---|---|---|
| Dated: July 13, 2020 | | **PIERCE LAW GROUP LLP** |
| | By: | */s/ David Albert Pierce* |
| | | David Albert Pierce, Esq. |
| | | John R. Baldivia, Esq. |
| | | Attorneys for Defendant / Counter-Claimant JESSICA CESARO, professionally known as JESSICA HAID |