1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BAIN, an Individual, | CASE NO.  2:18-cv-04126-PA (JEMx) |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT / COUNTER-CLAIMANT JESSICA HAID'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION** |
| v. | |
| FILM INDEPENDENT, INC., a California Corporation, doing business as the "LA Film Festival"; LA MEDIA WORKS, CORP. a business entity of unknown form; JESSICA HAID a.k.a. "Jessica Cesaro", an Individual; and DOES 1-10, | DATE:         August 10, 2020<br>TIME:          1:30 p.m.<br>JUDGE:        Percy Anderson<br>COURTROOM: 9A |
| Defendants. | |
| JESSICA CESARO professionally known as "JESSICA HAID," an Individual, | COMPLAINT FILED:<br>    May 16, 2018<br>FINAL PRETRIAL CONFERENCE:<br>    October 8, 2020<br>TRIAL DATE:<br>    October 13, 2020 |
| Counter-Claimant, | |
| v. | |
| ROBIN BAIN, an Individual; and DOES 11-20, | |
| Counterclaim-Defendants. | |

28

**<u>ORDER</u>**

Defendant / Counter-Claimant Jessica Haid's Motion for Summary Judgment and/or Adjudication was heard on August 10, 2020 at 1:30 p.m.

Having considered the papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers filed herein, the Court finds that Defendant / Counter-Claimant JESSICA HAID has established their entitlement to summary judgment, and Plaintiff /Counterclaim Defendant ROBIN BAIN has failed to establish any genuine issue of material fact. Accordingly, JESSICA HAID's motion is hereby **GRANTED**, and ROBIN BAIN's Complaint against JESSICA HAID is hereby dismissed with prejudice.

SO ORDERED

Dated: _____, 2020     BY: _____
                                          Honorable Percy Anderson
                                          United States District Judge

---

**[PROPOSED] ORDER RE DEFENDANT / COUNTER-CLAIMANT JESSICA HAID'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION**