1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ROBIN BAIN,                          CV 18-4126 PA (JEMx)

12            Plaintiff,                   JUDGMENT

13       v.

14   FILM INDEPENDENT, INC.; LA
     MEDIA WORKS, CORP.; JESSICA
15   HAID a.k.a. "Jessica Cesaro"; and DOES
     1-10,
16
             Defendants.
17
     ─────────────────────────────────
18   AND RELATED COUNTERCLAIM

19

20       Pursuant to the Court's August 4, 2018 Minute Order, which granted the Motion for

21   Summary Judgment filed by defendant and counterclaimant Jessica Cesaro, who is known

22   professionally has Jessica Haid ("Haid"), on the claims asserted in the Complaint filed by

23   plaintiff and counterdefendant Robin Bain ("Bain"), the Court's August 6, 2018 Minute

24   Order dismissing Bain's claim for conversion, Bain's dismissal of her claims against

25   defendant Film Independent (Docket No. 14), and the Court's decision to decline to exercise

26   supplemental jurisdiction over the remaining state law claims asserted by Haid in her

27   Counterclaim, and the Court's determination, pursuant to Federal Rule of Civil Procedure

28

54(b) that there is "no just reason for delay" in issuing a Judgment resolving Bain's claims

against Haid and dismissing Haid's counterclaims against Bain,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is

entered in favor of Haid on Bain's claims asserted in Bain's Complaint.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court

declines to exercise supplemental jurisdiction over the state law claims asserted in Haid's

Counterclaim, and that those claims are dismissed without prejudice.  See 28 U.S.C. §

1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Bain take nothing

on Bain's federal claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall

bear its own costs.

IT IS SO ORDERED.

DATED: August 6, 2020                    _____

                                                          Percy Anderson
                                                UNITED STATES DISTRICT JUDGE